UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
EMILIO L. VOZZOLO, on behalf of himself
and all others similarly situated,

**ORDER**

               Plaintiff,

20-CV-03503 (PMH)

v.

[Rel. 20-CV-04988 (PMH)]

AIR CANADA,
              Defendant.

20-CV-11037 (PMH)

--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties in this action appeared telephonically at 2:00 p.m. today for an initial conference. For the reasons discussed on the record and on consent of counsel in this action, the Court consolidates, pursuant to Fed. R. Civ. P. 42(a)(3), this action and the related actions entitled *Piercy v. Air Canada*, 20-cv-04988-PMH, and *Abskharon et al. v. Air Canada*, 20-cv-11037, for discovery purposes only, without prejudice.

In connection therewith, as discussed at the conference, the Court directs counsel for the parties in all three actions to meet and confer to discuss the Court's directives concerning discovery, and to prepare and file a consolidated proposed civil case discovery plan and scheduling order, limiting fact discovery to six months, and with two months for expert discovery thereafter if necessary. The proposed consolidated civil case discovery plan and scheduling order shall be filed by counsel for plaintiff in the *Vozzolo* action on or before 1/26/2021.

The Clerk of Court is respectfully directed to docket this Order in each of the three cases identified herein.

                                  **SO ORDERED:**

Dated: New York, New York
      January 19, 2021

_____
Philip M. Halpern
United States District Judge