IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIO L. VOZZOLO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR CANADA,<br><br>Defendant. | Civil Action No.:  7-20-cv-03503 (PMH) |
| THOMAS PIERCY, on behalf of himself and al others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR CANADA,<br><br>Defendant. | Civil Action No.:  1:20-cv-04988 (PMH) |
| NIKKI M. ABSKARON, PETER A. ABSKARON, and BARRY WINOGRAD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR CANADA,<br><br>Defendant. | Civil Action No.:  7:20-cv-11037 (PMH) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiffs Vozzolo, Winograd, and Piercy hereby move this Court, the Honorable Philip M. Halpern, for an Order Issuing a Preliminary Injunction.  Plaintiffs respectfully request that the Court direct Air Canada to place into escrow 30% of any yet to be paid refunds[1] to putative class members pending

---

[1] As used herein, "refunds" shall include both cash and vouchers payable under Air Canada's "'Covid-19 Goodwill Period' change in refund policy. *See Vozzolo,* ECF No. 38.

a determination of whether the claims of the class are mooted and if so, whether Plaintiffs' suits were a substantial cause of the refund policy change.  Pursuant to Rule 2.C of Your Honor's Individual Practices in Civil Litigation, Plaintiffs did not write a pre-conference letter to the Court in advance of this motion because, as discussed in the supporting Memorandum of Law, delay could result in a loss of their rights.

DATED:  June 29, 2021

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By: *s/Joseph N. Kravec, Jr.*
       Joseph N. Kravec, Jr.

29 Broadway, 24th Floor
New York, NY 10006-3205
Telephone: (212) 952-0014
Email: jkravec@fdpklaw.com

 and

429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007

SQUITIERI & FEARON, LLP

By: *s/ Stephen J. Fearon, Jr.*
         Stephen J. Fearon, Jr.

32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Email: stephen@sfclasslaw.com

**VOZZOLO LLC**

By: *s/Antonio Vozzolo*
        Antonio Vozzolo

345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
Email: avozzolo@vozzolo.com

*Counsel for Plaintiff and the Proposed Class*