UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
EMILIO L. VOZZOLO, on behalf of himself
and all others similarly situated,

                       Plaintiff,

v.

AIR CANADA,
                    Defendant.
---------------------------------------------------------X

**ORDER**

20-CV-03503 (PMH)

Rel. 20-CV-04988 (PMH)
20-CV-11037 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties in this action appeared today at 3:00 p.m. for a telephone conference.

With respect to plaintiffs' motion under Federal Rule of Civil Procedure 23(d) seeking the issuance of corrective notices (Doc. 43), for the reasons discussed on the record and case law cited therein, the motion is DENIED; however, should defendant send any future notices to its customers who are potentially putative class members, such notices must include language advising of the existence of the pending putative class action concerning refunds to these passengers together with the court and docket number.

With respect to the pending motion for a preliminary injunction (Doc. 55), the Court set the following briefing schedule: opposition due 7/26/2021; reply due 8/9/2021.

Discovery is stayed pending further Order of the Court.

                                                                                      **SO ORDERED:**

Dated: White Plains, New York
         July 12, 2021

                                                                                    _____
                                                                                     Philip M. Halpern
                                                                                     United States District Judge