# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Sarah G. Passeri
(212) 513-3563
sarah.passeri@hklaw.com

November 15, 2021

*VIA ECF*

Honorable Philip M. Halpern
United States District Judge - SDNY
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601

      Re:    *Emilio L. Vozzolo, on behalf of himself and all others similarly situated v. Air Canada*, Case No. 7:20-cv-03503-PMH
*Nikki M. Abskharon, Peter A. Abskharon, Barry Winograd, on behalf of themselves and all others similarly situated v. Air Canada,* Case No. 7:20-cv-11037-PMH
*Thomas Piercy, on behalf of himself and all others similarly situated v. Air Canada*, Case No. 1:20-cv-04988
           **Joint Letter Notifying of Settlement**

Dear Judge Halpern:

We write on behalf of Air Canada and Plaintiffs in the above matters to jointly advise the Court that an agreement in principle has been reached between the parties to resolve the above matters on an individual basis. The parties are documenting the agreement and plan to file a stipulation of dismissal with prejudice in each of the above matters as soon as settlement is concluded.

                                Respectfully submitted,

                                HOLLAND & KNIGHT LLP

                        By: _____
                                Sarah G. Passeri

Cc:  All Counsel via ECF

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Bogotá | London | Mexico City