IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIO L. VOZZOLO, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>AIR CANADA,<br><br>     Defendant. | Civil Action No.: 7-20-cv-03503 (PMH) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Emilio Vozzolo and Defendant Air Canada (collectively, the "Parties"), through their respective counsel of record, as follows:

  1. The above-captioned action hereby be dismissed with prejudice;

  2. The preliminary injunction be dissolved, including any obligations of the parties thereunder;

  3. No party or counsel shall seek an award of attorneys' fees or costs incurred in this action from the Court; and

  4. Any and all deadlines and hearings scheduled in this matter be vacated.

Dated : December 3, 2021

**FEINSTEIN DOYLE PAYNE**
 **& KRAVEC, LLC**

By:  *s/Joseph N. Kravec, Jr.*
   Joseph N. Kravec, Jr.
29 Broadway, 24th Floor
New York, NY 10006-3205
Telephone: (212) 952-0014
Email: jkravec@fdpklaw.com

and

**HOLLAND & KNIGHT**

By:  *s/Sarah G. Passeri*
   Sarah G. Passeri
31 West 52nd Street
New York, NY 10019
Telephone: (215) 513-3563
Facsimile: (201) 604-8400
Email: sarah.passeri@hklaw.com

1

                                                           ***Attorneys for Air Canada***

429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007


**VOZZOLO LLC**


By: *s/Antonio Vozzolo*
     Antonio Vozzolo

345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
avozzolo@vozzolo.com

                                                           **SO ORDERED**
                                                           on _____, \_\_\_\_\_, 2021


                                                           _____
                                                           HON. PHILIP M. HALPERN, U.S.D.J.