# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIO L. VOZZOLO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR CANADA,<br><br>Defendant. | Civil Action No.: 7-20-cv-03503 (PMH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Emilio Vozzolo and Defendant Air Canada (collectively, the "Parties"), through their respective counsel of record, as follows:

1. The above-captioned action hereby be dismissed with prejudice;

2. The preliminary injunction be dissolved, including any obligations of the parties thereunder;

3. No party or counsel shall seek an award of attorneys' fees or costs incurred in this action from the Court; and

4. Any and all deadlines and hearings scheduled in this matter be vacated.

Dated : December 3, 2021

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By: _s/Joseph N. Kravec, Jr._
    Joseph N. Kravec, Jr.
29 Broadway, 24th Floor
New York, NY 10006-3205
Telephone: (212) 952-0014
Email: jkravec@fdpklaw.com

and

**HOLLAND & KNIGHT**

By: _s/Sarah G. Passeri_
    Sarah G. Passeri
31 West 52nd Street
New York, NY 10019
Telephone: (215) 513-3563
Facsimile: (201) 604-8400
Email: sarah.passeri@hklaw.com

1

*Attorneys for Air Canada*

429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007

**VOZZOLO LLC**

By: *s/Antonio Vozzolo*
    Antonio Vozzolo

345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
avozzolo@vozzolo.com

**SO ORDERED**
on ___December___, __3__, **2021**

_____
HON. PHILIP M. HALPERN, U.S.D.J.

2